2008-39102
FILED
December 23, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001577417

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re   Deborah L. Henry                )   Case No.
                                        )
                                        )
_____Debtor(s)_____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

OR

[ ]   typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

OR

[x]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __14____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:   12-23-08                              _____
                                                      Debtor's Signature

EDC 2-100   (Rev. 10/2007)

```
AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329

Associates in Womens Health Care
5 Medical Plaza Ste 250
Roseville, CA 95661

BANK OF THE WEST
1450 TREAT BLVD
WALNUT CREEK, CA 94597

CHASE
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081

CHASE/Circuit City
POB 10043
Kennesaw GA 30156-3280

CITIBANK
PO Box 6500
Sioux Falls SD 57117

HFC
PO BOX 1547
CHESAPEAKE, VA 23327

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Laura Lang
9605 Cripple Creek Ln
New Castle, CA 95658

LVNV Funding
5620 Southwyck Blvd 206
Toledo OH 43614

MNET Financial
95 Argonaut, Ste 250
Aliso Viejo, CA 92656

National Action Finc Services
165 Lawrence Bell Dr Ste 100
Williamsville, NY 14221

SAFE CREDIT UNION
4636 WATT AVE
NORTH HIGHLANDS, CA 95660

SEARS/CBSD
PO BOX 6189
SIOUX FALLS, SD 57117
```